UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY RAY SHIVERS, | No.  2:25-cv-2853 CSK P |
| Plaintiff, | |
| v. | ORDER |
| MARTINEZ, | |
| Defendant. | |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  For the following reasons, plaintiff is granted thirty days to file an amended complaint.

      On October 31, 2025, this Court dismissed plaintiff's complaint with leave to file an amended complaint. (ECF No. 6.)  Plaintiff was granted thirty days to file an amended complaint and the completed Notice of Amendment form.  (Id.)  On November 10, 2025, plaintiff filed the completed Notice of Amendment Form, reflecting that plaintiff filed an amended complaint. (ECF No. 10.)  Plaintiff did not file an amended complaint.  Instead, on November 10, 2025, plaintiff filed a one page long pleading addressed to the Clerk of the Court discussing some of the issues raised by this Court in the October 31, 2025 order.  (ECF No. 11.)

      Plaintiff's pleading filed November 10, 2025 is not an amended complaint.  This Court below directs the Clerk of the Court to send plaintiff a complaint form.  Plaintiff shall prepare his

1

amended complaint on this form and file it with the court within thirty days.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The Clerk of the Court is directed to send plaintiff the form for a civil rights complaint by a prisoner; and

      2. Plaintiff is granted thirty days from the date of this order to file an amended complaint on the form provided by the Clerk of the Court; failure to comply with this order will result in a recommendation of dismissal of this action.

Dated: November 13, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Shiv2853.ame/2