UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMMY RAY SHIVERS, | No.  2:25-cv-2853 CSK P |
| Plaintiff, | |
| v. | ORDER |
| MARTINEZ, | |
| Defendant. | |

Plaintiff is a state prisoner, proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983.  For the following reasons, plaintiff's third amended complaint filed December 31, 2025 (ECF No. 17) is disregarded

On October 2, 2025, plaintiff filed the original complaint.  (ECF No. 1.)  On October 31, 2025, this Court dismissed the original complaint with leave to file an amended complaint.  (ECF No. 6.)  On November 24, 2025, plaintiff filed a first amended complaint.  (ECF No. 13.)  On December 12, 2025, this Court dismissed the first amended complaint with leave to file a second amended complaint.  (ECF No. 14.)  On December 22, 2025, plaintiff filed a second amended complaint.  (ECF No. 15.)  By separate order, this Court orders service of the second amended complaint on defendant Martinez.

On December 31, 2025, plaintiff filed a complaint docketed as a third amended complaint.  (ECF No. 17.)  Plaintiff's third amended complaint appears to be a copy of the original complaint

1

with a few minor alterations.  Thus, it is unclear whether plaintiff intended the complaint filed December 31, 2025 as a third amended complaint.  In addition, plaintiff did not seek leave of court to file a third amended complaint as required by Federal Rule of Civil Procedure 15(a)(2).  For these reasons, plaintiff's third amended complaint is disregarded.

Accordingly, IT IS HEREBY ORDERED that plaintiff's third amended complaint (ECF No. 17) is disregarded.

Dated:  January 20, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Shiv2853.ord/2